■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE L. PARRA, Appellant. [858 NYS2d 641]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered January 19, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted promoting prison contraband in the first degree (Penal Law §§ 110.00, 205.25 [2]). Contrary to the contention of defendant, his waiver of the right to appeal was knowingly, intelligently and voluntarily entered (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Tantao*, 41 AD3d 1274 [2007], *lv denied* 9 NY3d 882 [2007]), and there is no authority to support his further contention that County Court was required to address defendant's waiver of the right to appeal at sentencing. Defendant's challenge to the factual sufficiency of the plea allocution is encompassed by his valid waiver of the right to appeal (*see People v Spivey*, 9 AD3d 886 [2004], *lv denied* 3 NY3d 712 [2004]) and, in any event, defendant failed to preserve his challenge for our review (*see People v Lopez*, 71 NY2d 662, 665 [1988]; *People v Owes*, 34 AD3d 1320, 1321 [2006]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.